1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney

2  BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  JULIE D. GARCIA (CABN 288624)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-6758
7      FAX: (415) 436-7234
       Julie.Garcia@usdoj.gov
8
   Attorneys for United States of America

9
10                       UNITED STATES DISTRICT COURT

11                      NORTHERN DISTRICT OF CALIFORNIA

                              SAN FRANCISCO DIVISION
12

13  UNITED STATES OF AMERICA,           ) NO. CR 17-401 EMC
                                         )
14          Plaintiff,                   )
                                         )
15      v.                               )
                                         ) STIPULATION TO EXCLUDE TIME AND
16  AISHAH BUENAVENTURA,                 ) [P~~ROPO~~SED] ORDER
                                         )
17          Defendant.                   )
                                         )
18                                       )
                                         )
19

20                                    **STIPULATION**

21          IT IS HEREBY STIPULATED, by and between the parties to this action, as stated on the record

22  at the status conference on September 13, 2017, that the time between September 13, 2017, and October

23  23, 2017, be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B).

24  It is further stipulated, as stated on the record at the status conference on October 23, 2017, that the time

25  between October 23, 2017, and November 15, 2017, also be so excluded.  Excluding these periods of

26  time will allow defense counsel the reasonable time necessary for effective preparation, taking into

27  account the exercise of due diligence.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

28          //

IT IS SO STIPULATED.

DATED: October 30, 2017
BRIAN J. STRETCH
United States Attorney

_/s/_
JULIE D. GARCIA
Assistant United States Attorney

DATED: October 30, 2017

_/s/_
MICHAEL STEPANIAN
Counsel for Defendant
AISHAH BUENAVENTURA

## [PROPOSED] ORDER

As explained on the record during the September 13, 2017, and October 23, 2017, status conferences, the Court finds that the exclusion of the period from September 13, 2017, through October 23, 2017, and the exclusion of the period from October 23, 2017, to November 15, 2017, from the time limits applicable under 18 U.S.C. § 3161, is warranted; that the ends of justice served by the continuance outweigh the interests of the public and the defendant in the prompt disposition of this criminal case; and that the failure to grant the requested exclusion of time would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: 11/13/17

HON. EDWARD CHEN
United States


IT IS SO ORDERED
Judge Edward M. Chen

ORDER EXLUDING TIME
Case No. CR 17-401 EMC